IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CHRISTOPHER LOVATO,

    Petitioner,

v.                                                                                                    No. CIV 19-1166 JB/LF

ALICIA LUCERO, Warden,
and ATTORNEY GENERAL FOR
THE STATE OF NEW MEXICO,

    Respondents.

## **FINAL JUDGMENT**

**THIS MATTER** comes before the Court on its Memorandum Opinion and Order, filed February 26, 2021 (Doc. 15)("MOO").  In the MOO, the Court (i) adopted the Magistrate Judge's Proposed Findings and Recommended Disposition, filed September 12, 2020 (Doc. 11); (ii) denied Petitioner Christopher Lovato's Motion for Evidentiary Hearing, filed June 5, 2020 (Doc. 8); (iii) denied the Lovato's Motion for Writ of Habeas Corpus, filed December 11, 2019 (Doc. 1); and (iv) denied the Lovato's certificate of appealability.  See MOO at 9.  With no more parties, claims, or issues before the Court, the Court enters Final Judgment pursuant to rule 58(a) of the Federal Rules of Civil Procedure.

**IT IS ORDERED** that: (i) Petitioner's Motion for Evidentiary Hearing, filed June 5, 2020 (Doc. 8), is denied, (ii) Petitioner's Petition for Writ of Habeas Corpus, filed December 11, 2019 (Doc. 1), is denied; (iii) Petitioner's certificate of appealability is denied; (iv) and this case is dismissed with prejudice; and (v) Final Judgment is entered.

_____
UNITED STATES DISTRICT JUDGE

- 2 -

*Parties and Counsel:*

Christopher Lovato
Grants, New Mexico

    *Plaintiff pro se*

Jane Bernstein
New Mexico Office of the Attorney General
Albuquerque, New Mexico

    *Attorney for the Respondents*